**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MANUEL J. BURGOS | : | No. 152 EAL 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| MORGAN, LEWIS & BOCKIUS, LLP, | : | |
| PHILABUNDANCE, CHAUNDRA | : | |
| LOESCH, WILLIAM J. CLARK AND | : | |
| MELANIE S. JUMONVILLE | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: PHILABUNDANCE, | : | |
| CHAUNDRA LOESCH, WILLIAM J. | : | |
| CLARK AND MELANIE S. JUMONVILLE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.